

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-18-00254-CV

———————————————————

CHARLOTTE SKAGGS TAYLOR, Appellant

V.

WILLIAM CLARK TAYLOR, Appellee

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 18-6356-442

Before Birdwell, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Charlotte Skaggs Taylor attempts to appeal from the trial court's interlocutory temporary order in a divorce proceeding. A party may not bring an interlocutory appeal from this type of order. *See* Tex. Fam. Code Ann. § 6.507 (West 2006). Although we informed Taylor of our concern that we do not have jurisdiction over this type of appeal, her response does not show grounds for continuing it. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3; *Li v. Xiao*, No. 2-10-132-CV, 2010 WL 2555633, at *1 (Tex. App.—Fort Worth June 24, 2010, no pet.) (mem. op.).

Per Curiam

Delivered: October 11, 2018